UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ANTHONY GIBSON, | Case No. 25-CV-4357 (KMM/JFD) |
| Plaintiff, | |
| v. | **ORDER** |
| LANDLORD RESOURCE NETWORK, LLC, | |
| Defendant. | |

**IT IS HEREBY ORDERED THAT:**

1. The application to proceed *in forma pauperis* of Plaintiff Anthony Gibson (Dkt. No. 2) is **GRANTED**.

2. If Mr. Gibson wants the Court to effect service of summons on Defendant Landlord Resource Network, LLC ("LRN"), then Mr. Gibson must submit a properly completed Marshal Service Form (Form USM-285) for LRN.  If Mr. Gibson does not complete and return the Marshal Service Form within 30 days of this Order's date, the Court will assume that he or his counsel have elected to effect service in some other way.

3. If Mr. Gibson returns the completed Marshal Service Form, then the Clerk of Court is directed to seek waiver of service from LRN consistent with Rule 4(d) of the Federal Rules of Civil Procedure.

4. If LRN fails without good cause to sign and return a waiver within 30 days of the date that the waiver is mailed, the Court will impose upon LRN the expenses later

2

incurred in effecting service of process.  Absent a showing of good cause, reimbursement of the costs of service is mandatory and will be imposed in all cases in which a defendant does not sign and return a waiver-of-service form.  *See* Fed. R. Civ. P. 4(d)(2).

Date: December 4, 2025   *s/ John F. Docherty*
   JOHN F. DOCHERTY
   United States Magistrate Judge